EUGENE A. ROURE ET AL. *v.* ZONING BOARD OF
APPEALS OF THE TOWN OF HAMPTON ET AL.

The petition by the defendants Kimberly Sprague et al. for certification for appeal from the Superior Court in the judicial district of Windham at Putnam is granted by the court.

*William H. Champlin III,* in support of the petition.

*John R. Fitzgerald,* in opposition.

The named defendant's petition for certification for appeal from the Superior Court in the judicial district of Windham at Putnam is granted by the court.

*Herbert Lane,* in support of the petition.

*John R. Fitzgerald,* in opposition.

Submitted November 20—decided November 30, 1978

NORTHEASTERN TELEPHONE COMPANY *v.* PUBLIC
UTILITIES CONTROL AUTHORITY ET AL.

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is denied by the court.

*Michael Shapiro,* in support of the petition.

*Marshall R. Collins,* assistant attorney general, and *Peter J. Tyrrell,* in opposition.

Submitted November 22—decided December 5, 1978